No. 349, Misc. SANDERS, AKA WHITE *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 396, Misc. EATON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 401, Misc. BOGART ET UX. *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Peter D. Bogart, pro se,* and for other petitioner. 

No. 430, Misc. AMALFITANO *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. *Matthew Muraskin* and *Francis J. Valentino* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Amy Juviler,* Assistant Attorney General, for respondent.

No. 439, Misc. SWAIN *v.* BARFIELD ET AL. C. A. 4th Cir. Certiorari denied.

No. 442, Misc. CLANCY *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 448, Misc. ADAMS, TRADING AS VITAMIN PRODUCTS CO. OF MARYLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. 

No. 451, Misc. HAKEEM *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Corinne S. Shulman* for petitioner.